UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1620

MUHAMMED ABDULJABAR,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Daniel E. Klein, Jr., Chief Magistrate Judge. (CA-98-2193-DKC)

Submitted: September 30, 1999        Decided: October 18, 1999

Before WILKINS, HAMILTON, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alan M. Perlman, Silver Spring, Maryland, for Appellant. Lynne A. Battaglia, United States Attorney, Allen F. Loucks, Assistant United States Attorney, Arthur J. Fried, General Counsel, Charlotte Hardnett, Principal Deputy General Counsel, John M. Sacchetti, Associate General Counsel, George G. Davidson, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Muhammed Abduljabar appeals the magistrate judge's order granting summary judgment to the Commissioner of Social Security on Abduljabar's claim for disability insurance benefits.[*] Having reviewed the briefs and the administrative record, we find that substantial evidence supported the Administrative Law Judge's ("ALJ") decision denying benefits. Accordingly, we affirm on the reasoning of the magistrate judge. See Abduljabar v. Apfel, CA-98-2193-DKC (D. Md. Mar. 8, 1999). Additionally, we note that the ALJ's opinion properly assessed Abduljabar's credibility and accurately considered the evidence of Abduljabar's attention deficit disorder. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c)(1) (1994).

2